FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

____ FILED  ____ ENTERED
____ LOGGED  ____ RECEIVED

APR 17 2013

AT BALTIMORE
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Martin Abell #311-293
14100 McMullen Hwy,
S.W., Cumberland, Md.
21502
(Full name, prison identification
number and address of the plaintiff)

Civil Action No. WDQ-13-1161
(Leave blank on initial filing to be filled in by Court.)

v.

LT. Smith
14100 McMullen Hwy
S.W. Cumberland, Md.
21502
(Full name and address of the defendant(s))

## COMPLAINT

**I.  Previous lawsuits**

A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐   NO ☒

B.  If you answered YES, describe that case(s) in the spaces below.

1.  Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

   _____

7. Date of disposition: _____

## II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☒    NO ☐

   1. If you answered YES:

      a. What was the result? They dis-missed it according to DCD 185-001 on 2-8-13

      b. Did you appeal?

         YES ☐    NO ☒

   2. If you answered NO to either of the questions above, explain why: They had me held on A-Tier with no paper, pen and minimum access to other inmates.

**III.   Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On 11-29-12 on the 11-7 shift I complained to Corporal Goomer of having chest pain in which he ignored me. This was at 11:15pm. Officer Goomer never informed his Sgt. of this. Do to a disturbance on the tier a Sgt. Green came on the tier at which time I complained to him and he said this was the first he heard and I was admitted to the infirmary for 5 days.

**IV.   Relief**
(State briefly what you want the Court to do for you.)

5 million dollars for mental anguish, pain and suffering as well as physically.

SIGNED THIS 31st day of March 20, 13.

✗ _Martin Olu___
(original signature of plaintiff)

14100 McMullen Hwy
S.W. Cumberland md,
N.B.C.I. 21502
(address of plaintiff)

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2013, a copy of this _____, was mailed, postage prepaid, to (name and address of the attorney or person to whom you sent it).

(your signature) _____

It is **not** necessary to state in the certificate of service that copies were sent to the Court or to the Clerk.

Do not file any motions or memoranda that are longer than fifty pages unless you have received permission from the Court. Most motions and memoranda should be much shorter than fifty pages.

You do not have to file copies of exhibits that are already on file in the same case. For example, if the defendants in your case file a motion for summary judgment and attach as an exhibit to their motion a copy of a sick call slip, you do not have to attach a copy of that document to your opposition or to any motions you file. You may simply refer to the copy that is already in the file.

You must sign every pleading, motion, and memorandum that you file. You MAY NOT sign someone else's name, nor may you file anything on behalf of someone else. In order for a pleading, motion, or memorandum to be considered on behalf of more than one plaintiff, each plaintiff must sign it.

Officer's Name: Print and Signature          Date

CASE NO. NBCI-3266-12

## MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY

(Instructions for completing this form are on the back)

RECEIVED DEC 11 2012 ARP BW N.B.C.I. CUMBERLAND

TO: ☐ Warden of Institution

Emergency Request: ☐ Check only if your complaint poses a continued threat to your health, safety or welfare

FROM: Abell   Martin         301293    NBCI
Last Name   First Name   Middle Initial   DOC Number   Institution

Housing Location 1-C-5   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☑

### Part A – INMATE REQUEST

During the week of 11/29/12 I Martin Abell informed Officer Goomer on 11/7 shift who was Ctier Tier Officer in building one. That I was haven chest pain and I have sever heart problem history. This was at 11:15 pm. Officer Goomer never informed his Sgt, or medical. Do to a disturbance on Ctier Sgt. Green was called. I talk to Sgt. Green and he said this is the first time this was brought

12/10/12      Martin Abell
Date          Signature of Inmate

### Part B – RESPONSE

Our review of your administrative remedy has been completed and your case has been dismissed in accordance with DCD 185-001. Specifically, you allege 11-7 Shift Custody Staff did not inform the Medical Department that you were having chest pains. An investigation has revealed documentation on the Record of Segregation Confinement showing that you advised Custody Staff that you were having chest pains and the Medical Department was contacted immediately. Furthermore there are credible written reports stating that you informed the Housing Unit Sergeant of your condition and you were seen by the Medical Department and as well as admitted to the Infirmary. Therefore it is evident that as soon as you advised staff that you were having chest pains you received prompt medical attention. It is advised that you talk to your Housing Unit Manager/Lieutenant about any additional questions regarding this matter. Your administrative remedy allegations are without merit.

1-8-13                    [signature]
Date                      Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT     Case No. NBCI-3266-12

RETURN TO: Abell, Martin         311-293        1-C-5
Last Name   First Name   Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated 12-10-12 in regard to: Staff Complaint

12-11-12                  [signature]
Date                      Institutional ARP Coordinator

Original: White   Institutional ARP Coordinator
Copy:    Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

12-10-12

**Part A (Continued) – INMATE REQUEST**

To his attention. Sgt. Green got me to medical and then I was sent to WCI infirmory because of my needed of medical attention. Officer Goomer is in violation of So-2 by refusing to get me medical attention. Medical attention was not giving to me until Sgt. Green came on tier a 5:00 Am. Officer Goomer was informed at 11:15. Relief sought Removed from ever him being a Tier officer, counseling and training

12/10/12
Date

Martin Abell   Martin Abell            311-293
Inmate's Name: Print and Signature        DOC#